```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
LENSENDRO LAGUERRE,              :
                                 :
          Plaintiff,             :
v.                               :   Civil No. 3:25-cv-256 (AWT)
                                 :
AMERICAN EXPRESS NATIONAL BANK,  :
                                 :
          Defendant.             :
                                 :
-------------------------------- x
```

## ORDER RE RECOMMENDED RULING

The Recommended Ruling for Initial Review (ECF No. 12) recommended that Counts Two, Three, Four, and Six be dismissed with prejudice and that the pro se plaintiff be allowed to proceed on Counts One and Five. The plaintiff filed an objection to the recommended ruling and motion for leave to file an amended complaint. See ECF No. 14. The amended complaint contains the same six counts as were in the original complaint but there are several substantive amendments.

Accordingly, the motion for leave to file an amended complaint is hereby granted and the Recommended Ruling is moot.

The Clerk is directed to send the plaintiff a blank summons form and Form 285 for service of process because the plaintiff is proceeding *in forma pauperis*.

It is so ordered.

Dated this 9th day of December 2025, at Hartford, Connecticut.

                                          /s/AWT
                                    Alvin W. Thompson
                          United States District Judge